UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 0:19-CV-62887-XXXX

RYAN MILLWARD,
individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

TTC, LLC ,

*Defendant*.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Ryan Millward, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Ryan Millward, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: December 13, 2019

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.**<br>*/s/ Andrew J. Shamis*<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>ashamis@shamisgentile.com<br>14 NE 1st Avenue, Suite 1205<br>Miami, Florida 33132<br>Telephone: 305-479-2299 | **EDELSBERG LAW, PA**<br>/s/ Scott Edelsberg<br>Scott Edelsberg, Esq.<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>20900 NE 30th Ave, Suite 417<br>Aventura, FL 33180<br>Telephone: 305-975-3320 |

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:    /S/Andrew J. Shamis____
        Andrew J. Shamis, Esq
        Florida Bar # 101754

*Attorneys for Plaintiff Ryan Millward and all others similarly situated.*