# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62887-SMITH

RYAN MILLWARD,

    Plaintiff,

v.

TTC, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 4). Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** and the above-captioned case is **CLOSED**. Any and all pending motions, hearings, and/or deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of December, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE